# EXHIBIT A

\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:13 PM.\*\*\*\*

| IN THE COUNTY COURT IN AND FOR BROWARD COUNTY FLORIDA | | CLOCK IN |
|---|---|---|
| **DIVISION:** [X] CIVIL <br> [ ] OTHER | **STATEMENT OF CLAIM** | COSO <br> 23007858 |

| **PLAINTIFF (S)** <br> CHAZZITY LESLIE <br> MISSCHAZZITYL@GMAIL.COM <br> (305) 927-9271 <br> 7191 Park st <br> Hollywood, Fl 33024 | **vs. DEFENDANT (S)** <br> EXPERIAN INFORMATION SOLUTIONS, <br> DARRYL GIBSON <br> 475 ANTON BOULEVARD | **CASE NUMBER** <br> **61** SP <br> DIV: |

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid;
for   (As marked (x) below) :

- [ ]   Goods, wares and merchandise sold by Plaintiff, to Defendant;
- [ ]   Work done and materials furnished by Plaintiff, to Defendant;
- [ ]   Money loaned by Plaintiff to Defendant;
- [ ]   Money due to Plaintiff upon accounts stated and agreed to between them;
- [ ]   On a written instrument, copy of which is attached hereto;
- [ ]   Rent for certain premises in Broward County, Florida, Viz;
- [✓]   Other (Explain)
- [ ]   Any additional facts in connection with any of the above:
            (Use additional sheet if necessary)

DEFAMATION OF CHARACTER

VIOLATION OF THE FAIR CREDIT REPORTING ACT

VIOLATION OF FLORIDA STATE LAWS

NEGLIGENCE

Where Plaintiff demands judgment in the sum of $ 8,000 together with court costs which the
court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the
Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.
Affiant states that the Defendant(s) is/are not in the military service of the United States.

**SWORN AND SUBSCRIBED BEFORE ME** this_____day of____DEC 1 2 2023_____, 20_____.

| **PLAINTIFF OR ATTORNEY** | **BRENDA D. FORMAN,** <br> **CLERK OF COURTS** |
|---|---|
| CHAZZITY LESLIE | 2 XS1 PL |
| **ADDRESS OF PLAINTIFF/ATTORNEY** | By: |
| 7191 Park st | |
| Hollywood, Fl 33024 | **NOTARY PUBLIC** <br> State of Florida |
| **PLAINTIFF/ATTORNEY TELEPHONE & EMAIL ADDRESS** | |
| ( 305 ) 927-9271 -- MISSCHAZZITYL@GMA | **MY COMMISSION EXPIRES:** |
| **ATTORNEY BAR NUMBER:** | |

FORM 833
REVISED 2/23

SEARCH FEE . 698

COPY FEE . 699

**\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:15 PM.\*\*\***

Exhibit 1

CHAZZITY LESLIE
7191 PARK ST
HOLLYWOOD, FL 33024-3837
305-927-9271
**MISSCHAZZITYL@GMAIL.COM**

NFIDENTIAL

12/7/2022

To whomever it may concern,

My only name is Chazzity Leslie.

My only address is 7191 PARK ST
HOLLYWOOD, FL 33024-3837. There may be individuals that have the
same as mine. I am also a victim of identity theft and have certain false
fraudulent and unauthorized items on my consumer report. Creditors
may have entered my name, address, and/or employer incorrectly when
requesting my credit report.

Regardless there are forms of my name and addresses that should not
appear in my credit file. Please promptly remove all other names, ad-
dresses, and employers. These other forms of my name, address, and
employer are **not** correct historical data so they need to be removed.

Sincerely,

Chazzity Leslie

Jeffey Nelson
Notary Public - State Florida
Commision #HH186149
My Commision
Expires Oct 13, 2025

12/7/22

NOT AN OFFICIAL GRAPHIC AUTHENTIC COPY NOT AN OFFICIAL COPY

***FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:47 PM.****

Exhibit 2

IN THE STATE OF FLORIDA
IN THE COUNTY OF BROWARD

# AFFIDAVIT OF TRUTH

## AFFIDAVIT OF DEMAND FOR DEBT VALIDATION
## AFFIDAVIT OF NOTICE OF WRONG PERSON
## AFFIDAVIT OF NOTICE OF RIGHT TO PUBLIC LAW: 48, 48 112
## AFFIDAVIT OF NOTICE OF IDENTITY THEFT VICTIM
## AFFIDAVIT OF NOTICE OF FRAUDULENT ACCOUNTS, LOANS, CREDIT CARDS, AND OTHER FINANCIAL INFORMATION

I, Chazzity Leslie, make oath and deliver this notice:

     I am an identity theft victim and I have absolutely no knowledge of the alleged debts listed on your website. I am an eyewitness the information is incorrect and I demand the validation of all debts alleged to be mine listed on your website. I have attached a copy of an identity theft report filed with the Federal Trade Center and demand you cease and desist from the presentment of all information alleged to be mine in order to avoid any possible liable for the identity theft or data breach of personal information. I require all fraudulent data, accounts or information listed below completely blocked and deleted upon forwarding of the identity theft report and this affidavit of truth to any alleged creditor. All creditors must be aware that if they were eyewitnesses to their allegations, then they must know who stole my identity and possibly conspired with the individual to steal my identity and attempt to hold me to fraudulent/unenforceable contracts which an entity

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:13 PM.****

cannot be an eyewitness to unless using deceptive practices in and affecting commerce. In violation of the Fair Debt Collection Practices Act. I do not know any of the alleged creditors and debt collectors. I never sat across a table from any of the alleged creditors and debt collectors and never entered into a contract with any receiving a meeting of the minds. No valid contracts exist. All allege contracts are completely fraudulent and the attempt to enforce a fraudulent contract is unlawful due to the contract being created through the illegal activity of identity theft and power of attorney fraud.

Notice, it is a fact, affiant is aware the term identity theft as described in 15 U.S.Code § 1681a(q)(3) and Regulation V 12 CFR 1022.3 is a fraud committed or attempted using the identifying information of another person without authority. I do not consent to these fraudulent accounts and no consent is identity theft.

** Brady v. U.S., 397 U.S., 742 at 748. "Waivers of Constitutional Rights must not only be done voluntarily, they must be knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences **

** 18 U.S. Code § 241.Conspiracy against rights: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States , or because of his having so exercised the same; They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, Ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI , § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.) **

Notice, it is a fact, affiant is aware pursuant to 15 USC 1681b(a)(2), (a) In general Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

(2) In accordance with the written instructions of the consumer to whom it relates.

Notice, this is I, the consumer's written instruction that I demand you remove the following unauthorized, fraudulent accounts & data promptly within 4 business days of receipt pursuant to 15 USC 1681-c-2 & 12 CFR 1022, Regulation V, to prevent further legal proceedings.

**-USAA SAVINGS BANK    427082XXXXX**

**-CREDIT COLLECTION SERVIC   637935X**
**-TOYOTA MOTOR CREDIT 40772WXXXX**

If conducting an investigation for any of these stated unauthorized items on my consumer report, in your investigation results please provide the names, addresses and telephone numbers of individuals you contacted during your investigation. I require full disclosure and documentary evidence pursuant to 15 USC 44, that this information has been properly verified in the event of further legal proceedings. Lastly, I also do not consent to any medical data being shared on my consumer report. That is a violation of HIPPA and my privacy.

Please show good faith in this matter by expediting the securing of the alleged information listed on your sight in order to avoid me receiving further injury, damages, and losses due to me being a victim of identity theft. The Fair Billing Practices Act is intended to secure my right to privacy and my privacy has been breach so, I am sure the removal of my information from your website will ensure my privacy rights won't be violated again due to my lack of consent and unrebutted affidavit of truth being serviced to you today and therefore, standing as truth in commerce.

Thank you,

I swear all information provided herein under the penalty of perjury is true and accurate to the best of my ability and knowledge.

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:13 PM.****

*Exhibit 3*

# AFFIDAVIT OF FACT
# UNITED STATES OF AMERICA

## ATTENTION:Experian Information Solutions Inc.
## RE: SSN 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 Email MisschazzityL@gmail.com

I, Leslie, Chazzity in natural person, creditor, and consumer status MAKE OATH AND SAY
THAT:

I am providing this statement pursuant to 15 U.S. Code 1692a(3) "consumer" means any
natural person obligated or allegedly obligated to pay any debt. Also pursuant to 15 U.S.
Code 1681c-2 Block of information resulting from identity theft sent to, Experian
Information Solutions Inc 10/2022

# REASONS:

1. **Pursuant to 15 U.S. Code § 1681** (a)(1)(3)(4) The Congress found that inaccurate
   credit reports directly impairs the efficiency of the banking system, and unfair credit
   reporting methods undermine the public confidence which is essential to the continued
   functioning of the banking system;

2. The Congress has stated that you, Experian are a scam **pursuant to 15 U.S. Code §
   1681(2)** which states: An elaborate mechanism has been developed for investigating
   and evaluating consumer credit worthiness, credit standing, credit capacity, character,
   and general reputation of consumers;

3. The Congress has also stated that you Experian are assuming a vital role in assembling
   and evaluating consumer credit **Pursuant to 15 U.S. Code § 1681(3).** Therefor you're
   only making pretend you're important or have a vital role without any proof;

4. Furthermore, The Congress has stated **Pursuant to 15 U.S. Code § 1681(4)** that there
   is a need to insure that consumer reporting agencies exercise their grave responsibility
   with fairness, impartiality, and a respect for the consumer's right to privacy. By you
   reporting inaccurate information without my written consent first, you are violating my
   right to privacy which is in direct violation of this law and The Privacy Act of 1974;

5. Notice that **Pursuant to 15 U.S. Code § 1681(b)** The Congress requires that consumer
   reporting agencies adopt reasonable procedures for meeting the needs of commerce for
   consumer credit, and other information in a manner which is fair and equitable to the
   consumer with regard to the confidentiality, accuracy, relevancy and proper utilization of
   such information. You, Experian are not meeting my needs as a consumer or being fair
   and equitable by reporting inaccuracies on my consumer file;

**\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:15 PM.\*\*\*\***

# AFFIDAVIT OF FACT
# UNITED STATES OF AMERICA

6.  **Pursuant to 15 U.S. Code § 1681a** (d) the term consumer report means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness;

7.  Take further notice that **Pursuant to 15 U.S. Code § 1681a (2)(A)(i)** you Experian are violation of this law as it clearly states that any report containing information solely as to transactions or experiences between the consumer and the person making the report which in this case is you Experian is excluded from the consumers report;

8.  Notice that you Experian are also in violation of **15 U.S. Code § 1681a (2)(B)** which states any authorization or approval of a specific extension of credit indirectly by the issuer of a credit card. You are reporting multiple accounts on my consumer report in direct violation of this Code;

9.  You also can't claim you verified any accounts unless you can prove you did what you are supposed to do **Pursuant to 15 U.S. Code § 1681a(e)** which defines an "investigative consumer report" as a consumer report in which information on a consumer's character, general reputation, personal characteristics, is obtained through personal interviews with neighbors, friends, etc..., who may have information of any items on the consumer file which you will have to show me proof via affidavit of fact under penalty of perjury;

10. Take further notice that Pursuant to this same mentioned code stated above **15 U.S. Code § 1681a (e)** there shall not be any specific factual information on a consumer's credit record obtained directly from a creditor as the term creditor means the same as it does in **15 U.S. Code 1691a (e)** which states that the term creditor means any person who regularly extends credit which in this case that would be me a consumer;

11. As a consumer I demand you remove the accounts listed below **Pursuant to 15 U.S. Code § 1681b (a)(2)** which comprehensibly states that the only permissible purposes of consumer reports by any consumer reporting agency may furnish a consumer report only under the following circumstances and no other and is in accordance with the written instructions of the consumer to whom it relates;

**Pursuant to all the facts I stated above, here are my written instructions as to what I, a consumer in fact want removed from my report immediately. I also DO NOT authorize any automated response or e- Oscar verification method.**

## DEMAND FOR REMOVAL PURSUANT TO THE FAIR CREDIT REPORTING ACT 15 U.S. CODE § 1681 – 1681i

**Account Name/Number:** USAA SAVINGS BANK  : 427082XX

# AFFIDAVIT OF FACT
# UNITED STATES OF AMERICA

If all the accounts listed above aren't removed in 30 days as stated in **15 U.S. Code § 1681i(1) (A)** which directs you on what to do when investigating a consumers file for accuracy without the proper investigation practices **Pursuant to 15 U.S. Code § 1681a(e)** which I quoted above; I the consumer will seek remedy under **15 U.S. Code § 1681n(a)(1)(A)(B)(2)(3)** *Civil liability for willful noncompliance.*

## TERMS DEFINED PURSUANT TO 15 U.S. CODE § 1681a

*The term "person" means any individual, partnership, corporation, trust, estate, cooperative, association, government or governmental subdivision or agency, or other entity.*

*The term "consumer" means an individual.*

*The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or communicate in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for—*
  *(A)  credit or insurance to be used primarily for personal, family, or household purposes;*
      *Except as provided in paragraph (3), the term "consumer report" does not include—*

  *(A)  subject to section 1681s–3 of this title, any—*
      *(i)report containing information solely as to transactions or experiences between the consumer and the person making the report;*

    *(b)  any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;*

*The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. However, such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a consumer reporting agency when such information was obtained directly from a creditor of the consumer or from the consumer.*

*The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.*

*The term "file", when used in connection with information on any consumer, means all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored.*

*The term "credit card" has the same meaning as in section 1602 of this title.*

*The term "financial institution" means a State or National bank, a State or Federal savings and loan association, a mutual savings bank, a State or Federal credit union, or any other person that, directly or indirectly, holds a transaction account (as defined in section 461(b) of title 12) belonging to a consumer.*

## JURAT

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:29:13 PM.****

Sate of Florida of Broward On this 8th day of Nov , 2022, before me, the undersigned notary public, personally appeared Last Name, First Name, proved to me through satisfactory evidence of identification to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief. _____

(seal)

Notary Public Signature

PEDRO A. MOLINA
Notary Public - State of Florida
Commission # HH 376551
My Comm. Expires Mar 20, 2027

Your Name: Chazzity Leslie

Address: 7191 Park st

City, State Zip: Hollywood, Fl 33024

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:23:15 PM.****

*Exhibit (4)*

**Personal & Confidential**

**Date Generated** Dec 4, 2023

**Report Number** 0092-0090-87

## At a Glance   7 Accounts          0 Public Records          2 Hard Inquiries

### Personal Information

4 Names          14 Addresses          4 Employers          4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names          *I only have one Name*

| CHAZZITY LESLIE | CHAZZITY DOMINICK LESLIE | CHAZZITY D LESLIE | CHAZZITY DOMINI LESLIE |
|---|---|---|---|
| Name ID #29003 | Name ID #3198 | Name ID #13564 | Name ID #27164 |

*One Address*



PEDRO A. MOLINA
Notary Public - State of Florida
Commission # HH 376551
My Comm. Expires Mar 20, 2027

*** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:26:15 PM.****

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY

Addresses

**7191 PARK ST HOLLYWOOD FL, 33024-3837**

Address ID #0071213777
Single family

**6881 COLLEGE CT DAVIE FL, 33317-7164**

Address ID #0218022635
Single family

**95 NE 41ST ST APT K164 OAKLAND PARK FL, 33334-1358**

Address ID #0073778811
Apartment complex

**6451 N 54TH ST MILWAUKEE WI, 53223-5901**

Address ID #0115372462
Single family

**3515 PLEASANTDALE RD ATLANTA GA, 30340-4270**

Address ID #0066525233
Multifamily

**95 NE 41ST ST OAKLAND PARK FL, 33334-1371**

Address ID #0073779111
Multifamily

**6881 COLLEGE CT #7202 DAVIE FL, 33317-7164**

Address ID #0497686505
Single family

**1776 POLK ST APT2307 HOLLYWOOD FL, 33020-4783**

Address ID #0895502495
Apartment complex

**3131 PALM TRACE LANDINGS DR DAVIE FL, 33314-6807**

Address ID #0562344277
Multifamily

**3131 PALM TRACE LANDINGS DR APT1208 DAVIE FL, 33314-6807**

Address ID #0640130851
Apartment complex

**10850 NW 2ND ST PEMBROKE PINES FL, 33026-5124**

Address ID #0070840667
Multifamily

**10850 NW 2ND ST APT305 PEMBROKE PINES FL, 33026-5126**

Address ID #0071291451
Apartment complex

**5555 ROSWELL RD APTM11 ATLANTA GA, 30342-1811**

Address ID #0066573339
Apartment complex

**101 DIPLOMAT PKWY APT2401 HALLANDALE BEACH FL, 33009-3975**

Address ID #0974716081
Apartment complex

*Please Remove KH Address*

Year of birth

1990

## Phone Numbers

*onlt have one phone number*

| (305) 927-9271 | (414) 353-4140 | (414) 364-2609 |
| Cellular | Residential | Cellular |

## Employers

| CONTOURD BEAUTY LLC | G5IVE | G5IVE MIAMI | G FIVE |

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS

### Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $0 |
| Account Number | 3499928365325293 | Balance Updated | 11/16/2023 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Authorized user | Monthly Payment | $0 |
| Date Opened | 12/07/2020 | Credit Limit | - |
| Status | Open/Never late. | Highest Balance | $8,117 |
| Status Updated | Nov 2023 | Terms | 1 Months |

PUBLIC ACCESS - NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:13 PM.****

| | | | |
|---|---|---|---|
| **Jun 2022** | $80 | $0 | $0 |
| **May 2022** | $60 | $0 | $0 |
| **Apr 2022** | $4,985 | $0 | $0 |
| **Mar 2022** | $1,165 | $0 | $0 |
| **Feb 2022** | $287 | $0 | $0 |
| **Jan 2022** | $532 | $0 | $0 |
| **Dec 2021** | $914 | $0 | $0 |

### Additional info

Between Dec 2021 and Oct 2023, your credit limit/high balance was $8,117

### ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## CREDIT COLLECTION SERVIC

POTENTIALLY NEGATIVE

*NOTE ☛ Not my debt, Sent a validation over 30 day, no respon Please Remove*

*I OWE NO DebT!*

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CREDIT COLLECTION SERVIC | Balance | $69 |
| Account Number | 637935X | Balance Updated | 11/28/2023 |
| Account Type | Collection | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/13/2023 | Original Balance | $69 |
| Status | Collection account. $69 past due as of Nov 2023. | Highest Balance | - |
| Status Updated | Aug 2023 | Terms | - |
| | | On Record Until | Mar 2030 |
| | | | 1 Months |

### $ Payment History

\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:15 PM.\*\*\*\*

**Payment history guide**

60 days past due as of Oct 2023

30 days past due as of Aug 2023

By Jun 2030, this account is scheduled to go to a positive status.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2023 | $30,284 | $892 | $936 on 9/7/2023 |
| Aug 2023 | $30,329 | $892 | $936 on 8/31/2023 |
| Jul 2023 | $31,221 | $892 | $936 on 7/28/2023 |
| Jun 2023 | $33,005 | $892 | $0 on 5/23/2023 |
| May 2023 | $33,005 | $892 | $936 on 5/23/2023 |
| Apr 2023 | $33,897 | $892 | $892 on 4/17/2023 |

**Additional info**

The original amount of this account was $34,789

 **Contact Info**

Address

PO BOX 9786,
CEDAR RAPIDS IA 52409

## USAA SAVINGS BANK

POTENTIALLY NEGATIVE

*This Account is inaccurate, Damaging Credit worthiness, this account is Identity theft.*

 **Account Info**

| Account Name | USAA SAVINGS BANK | Balance | $21,513 |
|--------------|-------------------|---------|---------|
| Account Number | 427082XXXXXXXXXX | Balance Updated | 09/21/2020 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 01/15/2019 | Credit Limit | $20,000 |
| Status | Account charged off. $21,513 written off. $21,513 past due as of | Highest Balance | $21,513 |

Status Updated                          On Record Until        Aug 2026

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | — | — | — |
| 2019 | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | ✔ | 30 |

| ✔ | Current / Terms met | 30 | Past due 30 days |
|---|---|---|---|
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of Sep 2020, Aug 2020, Jul 2020, Jun 2020

180 days past due as of May 2020

150 days past due as of Apr 2020

120 days past due as of Mar 2020

90 days past due as of Feb 2020

60 days past due as of Jan 2020, Oct 2019

30 days past due as of Dec 2019, Sep 2019

This account is scheduled to continue on record until Aug 2026.

## ✉ Contact Info

| Address | PO BOX 33009,<br>SAN ANTONIO TX 78265 |
|---|---|
| Phone Number | (800) 531-8722 |

## 📄 Comment

### Current:

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

### Previous:

Prepared For

**Personal & Confidential**

**Date Generated**   Aug 31, 2023

**Report Number**   0045-9784-63

*I Requested the Certification of accuratia I Never got It -*

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

---

**USAA SAVINGS BANK**

*Its my Rights to Request the Certification of Accbratica*

Account • 427082XXXXXXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Remains

---

**USAA FEDERAL SAVINGS BK**

*Never received a reassertion Letter.*

Inquiry Date: 08/11/2022

This item was removed from your credit report.

Deleted

---

**USAA SAVINGS BANK**

Inquiry Date: 01/04/2023

This item was removed from your credit report.

Deleted

---

\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:28:13 PM.\*\*\*\*

8/31/23, 5:59 PM                                     Experian

## USAA SAVINGS BANK

Inquiry Date: 02/01/2023

This item was removed from your credit report.


Deleted

## USAA SAVINGS BANK

Inquiry Date: 03/06/2023

This item was removed from your credit report.


Deleted

## USAA SAVINGS BANK

Inquiry Date: 04/05/2023

This item was removed from your credit report.


Deleted

## USAA SAVINGS BANK

Inquiry Date: 05/05/2023

This item was removed from your credit report.


Deleted

## USAA SAVINGS BANK

Inquiry Date: 06/05/2023

This item was removed from your credit report.


Deleted

## USAA SAVINGS BANK

Inquiry Date: 07/05/2023

This item was removed from your credit report.


Deleted



**USAA SAVINGS BANK**

Inquiry Date: 11/09/2022

This item was removed from your credit report.

⊗
Deleted

---

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

---

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared

FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK. 12/2/2023 2:23:45 PM.****

*Exhibit (6)*

# 221204-9881066

*TRAN and EXPERIAN*

**CLOSED**

✓ **Submitted**

## We received your complaint. Thank you.

**STATUS**

Submitted to the
CFPB on 12/4/2022

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**PRODUCT**

Credit reporting,
credit repair
services, or other
personal consumer
reports

**ISSUE**

Improper use of
your report

**YOUR COMPLAINT**

TO DATE IS 12/2022 MY NAME IS Leslie, Chazzity I AM FILING A COMPLAINT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION LLC BOTH COMPANIES failed to follow reasonable procedures to assure maximum possible accuracy in the preparation of my consumer report "consumer reports" as defined in 15 U.S.C. § 1681a(d), and consequently reported inaccurate information about me causing me irreparable harm. I Leslie,Chazzity the Authorized Representative for CHAZZITY LESLIE has been unfairly treated due to the nature of improper credit reporting, and for the mistreatment of the credit reporting laws and compliance.These are multiple violations of the law and slander of my good name and character. REASONS: I NEVER GAVE ANY AUTHORIZED / PERMISSIBLE USE OF ANY OF MY PERSONAL INFORMATION. I refuse to be an implied surety/debtor. These are few of many violations done on my good name; which breaks the law. These listed Violations are based on breach of fiduciary duties TILA,FCRA,GLBA,CFPA, THE Sherman Antitrust Act, FTC Act and RICO Act As a result , I was discriminated against and denied my right to extend credit. I also suffered emotionally as well as financial hardship. Therefore , your company is liable according to 15 USC 1681o This account don't belong on my consumer file and must be deleted immediately USAA SAVINGS BANK 427082XXXXXXXXXX Date opened 01/15/2019 "Consumer reports" under 15 U.S.C. § 1681a(d) include both credit file disclosures obtained directly by me from the consumer reporting agencies and consumer reports obtained by third parties as a factor in establishing my eligibility for credit. Experian negligent, willfully continued to report the inaccurate information even after dispute notices under the FCRA absent notices of dispute about the accuracy of this account and I have notified Experian of an error and requested a re-investigation which never happen. Despite various disputes I had submitted to Experian company willfully ignored all my attempts to correct the misleading information, that resulting in the denial of various loans. Which cause me irreparable harm, emotional

**ATTACHMENTS**

chazzity CFPB
complaint intent
to sue.pdf (117.5
KB)

NOT AN OFFICIAL COPY

FILED BROWARD COUNTY, FL Brenda D. Forman, CLERK 12/12/2023 2:26:13 PM.****

Plaintiff:
- Chazzity Leslie

Defendant:
- Experian

I. Introduction:
Chazzity Leslie ("Plaintiff") brings this action against Experian ("Defendant") for its failure to conduct a reasonable reinvestigation, as required by applicable law.

II. Factual Background:**
- Plaintiff's contact information.
  - Chazzity Leslie
  - 7191 Park St, Hollywood, FL 33024-3837
  - Phone: 305-927-9271
  - Email: misschazzityl@gmail.com

- Defendant: Experian, a consumer credit reporting agency.
- Allegation: Experian has failed to perform a reasonable reinvestigation, as mandated by consumer protection laws.

III. Nature of the Case:
- Factual Basis:
  - Plaintiff discovered inaccuracies in their credit report.
  - Plaintiff notified Experian of the inaccuracies.
  - Despite notification, Experian failed to conduct a reasonable reinvestigation.

- Legal Issues:
  - Violation of consumer protection laws.
  - Failure to comply with reinvestigation requirements.

IV. Cause of Action:
- Plaintiff asserts a cause of action against Experian for:
  - Negligence in failing to perform a reasonable reinvestigation.
  - Violation of ██████████████████████ gulation]. FCRA, STATE LAWS

V. Relief Sought
- Plaintiff seeks the following relief from the court:
  - Correction of inaccuracies in the credit report.
  - Monetary damages for any harm suffered.
  - Any other relief deemed just and proper by the court.

VI. Evidence:
- Plaintiff will present the following evidence to support their claims:
  - Copies of communication notifying Experian of inaccuracies.
  - Documentation highlighting inaccuracies in the credit report.

VII. Procedural History:
- Plaintiff has not initiated any previous legal actions related to this matter.
- No settlement or alternative dispute resolution attempts have been made.

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 12/12/2023 2:28:13 PM.****

VIII. Conclusion:**
- Experian's failure to conduct a reasonable reinvestigation has caused harm to the Plaintiff.
- The Plaintiff seeks a fair resolution of this matter and requests the court's intervention to remedy the situation.

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY